UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: LOURDES M GERENA DIAZ  
     URB MARIOLGA  
     T 14 CALLE 25  
     CAGUAS PR      00725-0000

CASE No. 02-02184-S  
JUDGE: SARA DE JESUS

FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-8618  
SS#2 - XXX-XX-0000

| This Case was Commenced on Mar 4, 2002 | The Plan was Confirmed on Jul 9, 2002 | The Case was Concluded on May 9, 2005 |
|---|---|---|

THE SUBJECT CASE HAS BEEN PLAN COMPLETED

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.     $ 4810.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ASOCIACION EMPLEADOS DEL ELA | SURRENDER | 3643.54 | .00 | .00 | .00 |
| ASOCIACION EMPLEADOS DEL ELA | UNSECURED | 1473.89 | 596.20 | .00 | 877.69 |
| ASSOCIATES FINANCE 08230463706 | UNSECURED | 3571.03 | 1444.55 | .00 | 2126.48 |
| BANCO POPULAR DE PUERTO RICO | DEBT CANC | 229.32 | 214.08 | .00 | .00 |
| PROGRESSIVE CASUALTY INSURAN AUTO LOAN PAID | INSURANCE | 108.00 | 108.00 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1324.63 | 535.84 | .00 | 788.79 |
| LOURDES M GERENA DIAZ | REFUND | 129.98 | 129.98 | | |

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 02-02184-S
DEBTOR(S): LOURDES M GERENA DIAZ

SUMMARY OF CLAIMS ALLOWED AND PAID
------------------------------------------------------------------------
         SECURED    PRIORITY   GENERAL    LATE    SPECIAL    TOTAL
                                                          ---TOTAL PAID
AMT ALL  3872.86    108.00     6369.55            129.98    10480.39 PRINCIPAL
PRIN PD   214.08    108.00     2576.59            129.98     3028.65 AND INT.
INT PAID     .00       .00         .00                         108.00  3028.65
------------------------------------------------------------------------

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
        DEBTOR'S ATTORNEY              FEE ALLOWED     FEE PAID
*ROBERTO FIGUEROA CARRASQUILL*            1405.00      1405.00
------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

FILING FEE    ADDITIONAL CHARGES            TRUSTEE             OTHER
------------  ------------------       --------------------
& DEPOSIT     1% OF      .25 EA CLAIM  EXP. & COMPENSATION     COST
              RECEIPTS   OVER 10       FUND
----------    --------   ----------    --------------------    --------
     .00                      .00         188.18  /  188.1        .0    376.35

    WHEREFORE, your Petitioner prays that an order be entered discharging
your Petitioner as Trustee and releasing your Petitioner and the Trustee's sure-
ty from any and all liability of the within precedings and closing the estate,
and for such other and further relief as is just.

    I Certify, in accordance with FBR 5009, that the estate has been fully
administered, and any objections must be filed within 30 days.

          JUL 0 1 2005
DATED:                                  _____
                                        ALEJANDRO OLIVERAS RIVERA, TRUSTEE
Parties in interest are granted twenty (20) days to object to the debtor's(s')
discharge and that if no objections are filed, the discharge order will be
entered without any further notice or hearing.

02-02184-S                CERTIFICATE OF MAILING
------------------------------------------------------------------------
The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:
------------------------------------------------------------------------
ALEJANDRO OLIVERAS RIVERA              CELESTINO MATTA
PO BOX 9024062                         U.S. POST OFF. & COURTHOUSE BL
SAN JUAN PR                            SUITE 109, 300 RECINTO SUR
                         00902         OLD SAN JUAN, PR              00901
------------------------------------------------------------------------
ROBERTO FIGUEROA CARRASQUILL*          ASSOCIATES FINANCE
PO BOX 193677                          BANKRUPTCY DIVISION
SAN JUAN PR                            PO BOX 1616
                         00919         BAYAMON PR                    00960
------------------------------------------------------------------------
BANCO POPULAR DE PUERTO RICO           ASOCIACION EMPLEADOS DEL ELA
BANKRUPTCY DEPARTMENT                  PO BOX 364508
PO BOX 366818                          SAN JUAN PR
SAN JUAN PR              00936                                       00936
------------------------------------------------------------------------
VERIZON WIRELESS                       PROGRESSIVE CASUALTY INSURANCE
C/O SANDRA E TORRES ESQ                ATTN:HENRY HWANG
PO BOX 360998                          6300 WILSON MILLS ROAD W33
SAN JUAN PR              00936         MAYFIELD VILLAGE OH           44143
------------------------------------------------------------------------
LOURDES M GERENA DIAZ
URB MARIOLGA
T 14 CALLE 25
CAGUAS PR                00725
------------------------------------------------------------------------

DATED: July 1, 2005                    NANCY ALAMO
                                       OFFICE OF THE CHAPTER 13 TRUSTEE
          PAGE 1 OF 1 - CASE NO. 02-02184-S